**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

**C/A NO.: 4:11-cv-01327-MGL**

| | |
|---|---|
| TABITHA ALEXSON, as Natural Guardian and Next Friend for E.G., | ) |
| Plaintiff, | ) |
| -vs- | ) |
| BLITZ U.S.A., INC., | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to this Court's Order signed May 21, 2014 [docket entry 57], Plaintiff Tabitha Alexson, as Natural Guardian and Next Friend for E.G., a minor, hereby dismisses this case with prejudice.

s/Brady R. Thomas
Terry E. Richardson, Jr.
E-Mail: trichardson@rpwb.com
Daniel S. Haltiwanger
E-Mail: dhaltiwanger@rpwb.com
Brady R. Thomas
E-Mail: bthomas@rpwb.com
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
P.O. Box 1368
Barnwell, SC 29812
Tele No.: (803) 541-7850
Fax: (803) 541-9625

William P. Walker, III
E-Mail: Will@walkermorgan.com
S. Kirkpatrick Morgan, Jr.
E-Mail: km@walkermorgan.com
Walker & Morgan, LLC

135 East Main Street
P.O. Box 949
Lexington, SC 29072
Tele No.: (803) 359-6194
Fax: (803) 957-4584

ATTORNEYS FOR PLAINTIFF

May 21, 2014